UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BRONX DEFENDERS, *on its own be-
half, and* PLAINTIFF 1 *and* PLAINTIFF 2, *on
behalf of themselves and all others similarly
situated,*

                                Plaintiffs,

                    -*against*-

HON. ANNE-MARIE JOLLY, *Administrative
Judge, New York City Family Court*; JOHN
DOE, *Deputy Administrative Judge, New York
City Family Court*; EUGENE W. HURLEY,
*Chief Clerk, New York City Family Court*; and
RUTH WHALEN, *First Deputy Chief Clerk,
New York City Family Court*; *in their official
administrative capacities*,

                                Defendants.

**<u>ORDER</u>**

26 Civ. 4875 (ER)

R<span style="font-variant:small-caps">AMOS</span>, D.J.:

The Bronx Defenders and two unnamed individual plaintiffs filed the instant suit against

various New York City Family Court officials on June 9, 2026, alleging that the reinstatement of

a courthouse drug testing program would violate the First and Fourth Amendment rights of

parents in child protective proceedings.  *Id.*  The same day, the plaintiffs also filed various

motions, including a motion to permit the individual plaintiffs to proceed anonymously.  Doc. 7.

The motion to proceed anonymously is GRANTED.  This ruling is without prejudice to

the defendants' ability to assert any subsequent objections they may wish to raise regarding the

motion.  The Clerk of the Court is respectfully directed to terminate the motion, Doc. 7.

It is SO ORDERED.

Dated:    June 26, 2026
              New York, New York

_____
          Edgardo Ramos, U.S.D.J.

2